**Order entered March 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01068-CR
No. 05-14-01069-CR

**MICHAEL PRENTISS PRECHTL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause Nos. F11-35251-X, F11-35252-X

## ORDER

The Court **GRANTS** the State's March 24, 2015 motion to extend time to file its brief to the extent that we **ORDER** the State to file its brief by **FRIDAY, APRIL 24, 2015**.  No further extensions will be granted.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/     LANA MYERS
        JUSTICE